UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| v. | : | Crim. No. 22- 690 (EP) |
| THOMAS NICHOLAS SALZANO, a/k/a "Nicholas Salzano," and REY E. GRABATO, II | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Jonathan Fayer and Lauren E. Repole, Assistant United States Attorneys, appearing), for an order sealing the Indictment and Arrest Warrants issued on this date against Thomas Nicholas Salzano, a/k/a "Nicholas Salzano," and Rey E. Grabato, II, and for good cause shown,

IT IS on this 12th day of October, 2022,

ORDERED that, except for such copies of the Arrest Warrants that are necessary to accomplish their purpose, the Indictment, Arrest Warrants, and this Order be and hereby are SEALED until one or more Arrest Warrants are executed or until further order of the Court. IT IS FURTHER ORDERED that, once one or more Arrest Warrants are executed that the Indictment, Arrest Warrant, and this Order be and hereby are unsealed.

s/ Judge Leda Dunn Wettre
_____
HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE