**KLINGEMAN CERIMELE, ATTORNEYS**
Henry E. Klingeman, Esq.
Ernesto Cerimele, Esq.
100 Southgate Parkway, Suite 150
Morristown, New Jersey 07960
973-714-3474
*Attorneys for Defendant Thomas Nicholas Salzano*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Leda Dunn Wettre<br>United States Magistrate Judge |
| vs. | Crim. No. 22-690 (EP) |
| THOMAS NICHOLAS SALZANO, | **CONSENT ORDER** |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Klingeman Cerimele, Attorneys (Henry E. Klingeman, Esq., appearing), attorneys for Defendant Thomas Nicholas Salzano, for an Order Modifying Bail Conditions; with notice to and consent by the United States of America (AUSA Jonathan Fayer, appearing) and notice to and with the recommendation of the United States Pretrial Services Agency (by Pretrial Services Officer Andrew Dziopa); and for good cause shown,

**IT IS** on this ___5th___ day of October of 2023,

**ORDERED** that the Defendant Thomas Nicholas Salzano's bail conditions shall be modified by adding the following terms:

1. The Defendant may search for and access on his Laptop the following Real Estate Investment Industry websites:

    a. Zillow.com;

    b. Realtor.com;

1

      c.   Apartments.com;

      d.   Pbcgov.org/papa/;

      e.   https://www.phila.gov/services/property-lots-housing/property-taxes/;

      f.   https://www.propertyshark.com/.

2. Apart from these modifications, all other terms and conditions of release shall remain in full force and effect.

*Leda Dunn Wettre*
_____
HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge