Henry E. Klingeman, Esq.
Ernesto Cerimele, Esq.
KLINGEMAN CERIMELE, ATTORNEYS
100 Southgate Parkway, Suite 150
Morristown, New Jersey 07960
973-714-3474/henry@klingemanlaw.com
*Attorneys for Defendant Thomas Nicholas Salzano*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Leda Dunn Wettre, USMJ |
| vs. | Crim. No. 22-690 (EP) |
| THOMAS NICHOLAS SALZANO, | **ORDER PERMITTING TEMPORARY RELEASE FROM HOME CONFINEMENT** |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Klingeman Cerimele, Attorneys (Henry E. Klingeman, Esq. appearing), attorneys for defendant Thomas Nicholas Salzano, for permission for Thomas Nicholas Salzano to attend his daughter's birthday celebration with his family in Lake Hopatcong, New Jersey; the United States of America (AUSA Jonathan Fayer, appearing) deferring to the recommendation of the United States Pretrial Services Agency; the United States Pretrial Services Agency having no objection; and for good cause shown,

**IT IS** on this 24 day of May of 2024,

**ORDERED** that the Defendant shall be permitted to travel to [address redacted], Lake Hopatcong, New Jersey on Saturday, June 1, 2024, from 5:00pm to 9:30pm; and it is further

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

_____
HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge