Henry E. Klingeman, Esq.
Ernesto Cerimele, Esq.
KLINGEMAN CERIMELE, ATTORNEYS
100 Southgate Parkway, Suite 150
Morristown, New Jersey 07960
973-714-3474/henry@klingemanlaw.com
*Attorneys for Defendant Thomas Nicholas Salzano*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Leda Dunn Wettre, USMJ |
| vs. | Crim. No. 22-690 (EP) |
| THOMAS NICHOLAS SALZANO, | **ORDER PERMITTING TEMPORARY RELEASE FROM HOME CONFINEMENT** |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Klingeman Cerimele, Attorneys (Henry E. Klingeman, Esq. appearing), attorneys for defendant Thomas Nicholas Salzano, for permission for Thomas Nicholas Salzano to attend a Christmas dinner with his family in Morristown, New Jersey; the United States of America (AUSA Jonathan Fayer, appearing) deferring to the recommendation of the United States Pretrial Services Agency; the United States Pretrial Services Agency having no objection; and for good cause shown,

**IT IS** on this __10__ day of December of 2024,

**ORDERED** that the Defendant shall be permitted to travel to [address redacted], Morristown, New Jersey on Friday, December 20, 2024, from 5:45pm to 12:00am; and it is further

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

_____
HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge